**Wilma F. HOOG, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7053.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 25, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**William WITTNER, Claimant– Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7052.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 25, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Charlie L. SPENCER, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent– Appellee.**

No. 02–7051.

United States Court of Appeals, Federal Circuit.

DECIDED: Oct. 25, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.